United States District Court, Central District of California

CASE NO.: CV104314FFM

AFFIDAVIT OF SERVICE

Peter Doan

vs.

NRA Group, LLC dba National Recovery Agency
_____ /

Commonwealth of Pennsylvania
County of Dauphin    ss.

I, **Timothy Hoot**, a competent adult, being duly sworn according to law, depose and say that at **2:16 PM** on **06/23/2010**, I served **NRA Group, LLC dba National Recovery Agency** at **2491 Paxton Street, Harrisburg, PA 17111** in the manner described below:

☐ Defendant(s) personally served.

☐ Adult family member with whom said Defendant(s) reside(s). Relationship is _____.

☐ Adult in charge of Defendant(s) residence who refused to give name and/or relationship.

☐ Manager/Clerk of place of lodging in which Defendant(s) reside(s).

☐ Agent or person in charge of Defendant's office or usual place of business.

☐ _____ an officer of said Defendant's company.

☑ Other: **Served Tasey Litzell, Human Resources Director.**

a true and correct copy of **Summons; Verified Complaint** issued in the above captioned matter.

Description:
**Sex: Female – Age: 48 – Skin: White – Hair: Blonde – Height: 5' 08" – Weight: 160**

Sworn to and subscribed before me on this
_14th_ day of _July_, 20_10_.

_____
NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
John F. Shinkowsky, Notary Public
Susquehanna Twp., Dauphin County
My Commission Expires Sept. 28, 2010
Member, Pennsylvania Association of Notaries

X _____
Timothy Hoot
Shinkowsky Investigations
Post Office Box 126538
Harrisburg, PA  17112
(800) 276-0202

Atty File#:   – Our File# 12007

Law Firm: **Krohn and Moss, Ltd.**
Address: **10474 Santa Monica Boulevard, Suite 401, Los Angeles, CA, 90025**
Telephone: **(323) 988–2400**