JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER DOAN,<br><br>                    Plaintiff,<br><br>        v.<br><br>NRA GROUP, LLC,<br><br>                    Defendant.<br><br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. CV 10-04314 DDP (FFMx)

**ORDER REMOVING CASE FROM ACTIVE CASELOAD**

        IT IS HEREBY ORDERED that this action is removed from the Court's active caseload until further application by the parties or Order of this Court. All pending calendar dates are vacated by the Court.  This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: August 22, 2011

_____
DEAN D. PREGERSON
United States District Judge